B 4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT
District Of Maine

In re: BLACKWOOD ESATES, LLC,  Case No. _____
Debtor

Chapter: 11

**LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS**
Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 case.

The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| *Name of creditor* | *Name, telephone number* | *Nature of claim* |
|---|---|---|
| 1. Norway Savings Bank<br>1200 Congress Street | Janet Ross, V.P.<br>207-774-5000 Ext. 1685 | Mortgage lien<br>on real property<br>$185,000 |
| 2. Minat Corpoation<br>190 Riverside Street<br>Portland, ME 04103 | Adam Mack, V.P. | Unsecured<br>financing<br>$880,000 |
| 3. SGC Engineering<br>501 County Road<br>Westbrook, ME 04092 | Unknown<br>207-347-8100 | Professional<br>Services<br>$15,000 |
| 4. Town of Gorham<br>75 South Street<br>Gorham, ME 04038 | Finance Dept.<br>207-222-1610 | Past Due<br>Property<br>Taxes $9000 |

Date: 09/14/09

/s/ Adam Mack, Manager
_____

Debtor